AO239 (4/13) N.D.OHIO

# United States District Court
## Northern District of Ohio

Keith D Jones Sr, Plaintiff

v.

Covelli Enterprise, Defendant(s)

2018 APR 13 AM 11:20

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:16-CV-02987

JUDGE:

4/13/18
Motion Denied in as much as Appeal has been dismissed.
[signature]

I, Keith D Jones Sr, swear or affirm under penalty of perjury that I am the (check appropriate box)

[x] petitioner/plaintiff/movant  [ ] other

in the above-named proceeding, that I am unable to pay the costs of these proceedings, and that I believe I am entitled to the relief sought in the complaint/petition/motion. I further swear or affirm under penalty of perjury under United States laws that my answers on this form and any attachments are true and correct.

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0", "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name and the question number.

NOTE: You should be prepared to provide the Court with copies of documents that support or verify all of your answers to the questions in this application. A PRISONER seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional office showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, attach one certified statement of each account. (Prisoner Financial Application available at http://www.ohnd.uscourts.gov/home/pro-se-information/)

Signed: Keith D. Jones Jr.    Date: 04/13/2018

Print your Name: _____

1. State the address of your legal residence. (If incarcerated, state the place of incarceration and prisoner ID number.)

2191 E. 93rd St. Cleveland Ohio 44106

Your daytime phone number: _____

2. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate. Use gross amounts, that is the amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 1000.00 | $ 0.00 | $ | $ 0.00 |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ 0.00 | $ | $ | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts or inheritance | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 810.00 | $ | $ | $ 0.00 |
| Child support | $ 810.00 | $ | $ 810.00 | $ 0.00 |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ 0.00 | $ 0.00 | $ 0.00 |